FILED
2013 May-21 AM 11:03
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

## SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **UNDER SEAL** |
| ) | |
| **BILLY WILLIAMS JR., ET AL.** ) | |

## MOTION TO UNSEAL INDICTMENT

COMES now the United States of America, by and through its counsel, Joyce White Vance, United States Attorney for the Northern District of Alabama, and Gregory R. Dimler, Assistant United States Attorney, and respectfully moves the Court for an order unsealing the indictment in this matter as of May 21, 2013, to be made part of the public record herein.

Respectfully submitted this the 21st day of May, 2013.

JOYCE WHITE VANCE
United States Attorney


 /s/
GREGORY R. DIMLER
Assistant United States Attorney
